JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOEWRELL LENOIR,<br>        Petitioner,<br>  v.<br>J. SOTO, Warden,<br>        Respondent. | No. CV 12-9432-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 25, 2013

                                       JOHN F. WALTER
                                       United States District Judge